UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HUGHES BARGE LINE, LLC and
HUGHES BROS., INC.,

               Plaintiffs,

- against -

M.J. PAQUET, INC.,

               Defendant.
-------------------------------------------------------x

ORDER

03 CV 2568 (NG)(CLP)

GERSHON, United States District Judge:

The unopposed and characteristically comprehensive and thorough Report and Recommendation of Judge Pollak, dated October 6, 2004, is hereby adopted in its entirety. Defendant's motion to vacate the default is denied, and Judge Pollak may proceed to an inquest on damages.

SO ORDERED.

_____
NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
       November    , 2004