TOTAL P.02

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 27 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HUGHES BARGE LINE, LLC and : 03 CV 2568 (NG) (CLP)
HUGHES BROS., INC.,
: STIPULATION
Plaintiffs, DISMISSING ACTION
:
-against-
:
M.J. PAQUET, INC.,
:
Defendant.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above captioned action be dismissed, without costs to either party as against the other.

Dated: Garden City, New York
May 19, 2005

Cullen and Dykman LLP

*Thomas D. Czik*
Thomas D. Czik (TC-3382)
Attorneys for plaintiffs
100 Quentin Roosevelt Blvd
Garden City, New York 11530
(516) 357-3767

Lewis & McKenna, LLP

*Michael F. McKenna*
Michael F. McKenna (MM-6877)
Attorneys for defendant
82 East Allendale Road
Saddle River, NJ 07458
(201) 934-9800

So Ordered
/s/
USDJ
5-25-05